IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE ROBINSON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-1201 |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security | : | |

## ORDER

This 10th day of December, 2018, upon consideration of the Plaintiff's Request for Review, Defendant's response, the Report and Recommendation of United States Magistrate Jacob P. Hart, and Plaintiff's objections, and it is hereby **ORDERED** that:

1. Plaintiff's objections are overruled. The criticisms of the Report and Recommendation lack merit. Following my earlier remand of this claim, the Administrative Law Judge has adequately addressed the record and assuaged my concerns that all the medical evidence be fully considered in determining the merit of Plaintiff's claim.

2. The Report and Recommendation are adopted, and Claimant's Request for Review is **DENIED.**

3. **JUDGMENT SHALL BE ENTERED** in this case in favor of the Defendant.

/s/ Gerald Austin McHugh
United States District Judge